Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Laurel J. Holland
Assistant United States Attorney
825 Jadwin Avenue
Richland, WA, 99352
Telephone: (509) 353-2767



FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 20 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>       v.<br><br>Jose Luis Cruz-Agustin (a/k/a "Jose Cruz Agustin"),<br><br>                 Defendant. | 4:25-CR-6011-MKD<br><br>INDICTMENT<br><br>Vio:  8 U.S.C. § 1326<br>Alien in the United States After Deportation |
|---|---|

The Grand Jury charges:

On or about March 14, 2025, the Defendant, JOSE LUIS CRUZ-AGUSTIN (a/k/a "Jose Cruz Agustin"), a citizen and national of Mexico, who had theretofore been denied admission, excluded, deported and removed from the United States on or about January 21, 2016, at El Paso, Texas, and on or about March 9, 2018, at San Ysidro, California, was found in the United States, in the Eastern District of Washington, and he did not have the express consent of the Attorney General, or the Attorney General's successor, the Secretary of the Department of Homeland

INDICTMENT – 1

1  Security (6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into
2  the United States, all in violation of 8 U.S.C. § 1326.
3
4  DATED this 19day of March, 2025.
5                                          A TRUE BILL
6
7
8
9
10
11  *Richard R. Barker* (signature)
    Richard R. Barker
12  Acting United States Attorney
13
14
15  *Laurel J. Holland* (signature)
16  Laurel J. Holland
    Assistant United States Attorney
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT – 2